WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Morrison, | No. CV-19-00459-TUC-JGZ |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Eric J. Markovich. (Doc 8.) Magistrate Judge Markovich recommends dismissing Petitioner's § 2254 Petition for Writ of Habeas Corpus as time-barred without excuse. (*Id.*) Magistrate Judge Markovich also recommends that the Court deny a certificate of appealability. (*Id*. at p. 15.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence. Upon review of the record, the Court will adopt Magistrate Judge Markovich's recommendations. Accordingly,

**IT IS ORDERED**:

1. Magistrate Judge Markovich's Report and Recommendation (Doc. 8) is **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**;

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court shall enter judgment accordingly and close the file in this action.

Dated this 14th day of April, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge